# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | RETURN OF SERVICE |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DAVID BERNHARDT, in his official ) | |
| capacity as U.S. Secretary of the Interior, ) | |
| and UNITED STATES BUREAU OF ) | |
| LAND MANAGEMENT; ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| Case No. 1:19-CV-00505-LF-SCY ) | |
| ) | |

Pursuant to the Federal Rule of Civil Procedure 4(l), Plaintiff WildEarth Guardians submits proof of service. On June 3, 2019, undersigned counsel mailed copies of the summons and complaint via U.S. Postal Service first class, certified mail, return receipt requested, addressed to the following Defendants and representatives:

U.S. Secretary of Interior David Bernhardt
Department of Interior
1849 C Street NW
Washington, D.C. 20240

U.S. Bureau of Land Management
1849 C Street NW
Washington D.C.  20240

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania, NW
Washington D.C.  20530-0001

U.S. Attorney
District of New Mexico
PO Box 607
Albuquerque, NM. 87103

Plaintiff now files in this case its return of service for the Defendants and representatives. Attached hereto as exhibits are the executed summonses, proof of service forms, certified mail receipts retained by Plaintiffs upon their mailing of the summons, and delivery confirmation from the U.S. Postal Service. These exhibits offer proof that service was properly made pursuant to Federal Rule of Civil Procedure 4(i), and Defendants David Bernhardt and U.S. Bureau of Reclamation received Plaintiffs' summons and complaint by June 7, 2019.

Respectfully submitted this 10th day of June, 2019.

/s/ Daniel L. Timmons
**Daniel L. Timmons**
WildEarth Guardians
516 Alto Street
Santa Fe, NM  87501
(505) 570-7014
dtimmons@wildearthguardians.org

/s/ Samantha Ruscavage-Barz
**Samantha Ruscavage-Barz**
WildEarth Guardians
516 Alto Street
Santa Fe, NM  87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorneys for Plaintiff WildEarth Guardians*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

WILDEARTH GUARDIANS

*Plaintiff(s)*

v.   Civil Action No. 1:19-CV-00505-LF-SCY

DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Secretary of the Interior David Bernhardt
Department of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Timmons
Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM. 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, June 03, 2019

Karen Hernández de Sepúlveda

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-00505-LF-SCY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 3, 2019                                   /s/ Daniel L. Timmons
                                                    *Server's signature*

                                                    Daniel L. Timmons, Attorney for Plaintiff
                                                    *Printed name and title*

                                                    WildEarth Guardians
                                                    301 N. Guadalupe Street, Suite 201
                                                    Santa Fe, NM. 87501
                                                    *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20240

| | |
|---|---|
| Postage | $3.50 / $2.80 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 / $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $2.20 / $8.50 |

Postmark Here: JUN 03 2019, SANTA FE NM 87501, POST OFFICE, 0500

7012 0470 0001 5981 3178

Sent To: Sec. of Interior David Bernhardt, DOI
Street, Apt. No.; or PO Box No.: 1849 C Street NW
City, State, ZIP+4: Washington, DC 20240

PS Form 3800, August 2006                See Reverse for Instructions

# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70120470000159813178

Remove ✕

**On Time**

**Expected Delivery on**

**THURSDAY**
**6** JUNE 2019 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

June 6, 2019 at 1:47 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

)
WILDEARTH GUARDIANS )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:19-CV-00505-LF-SCY
)
DAVID BERNHARDT, in his official capacity as U.S. )
Secretary of the Interior, and UNITED STATES )
BUREAU OF LAND MANAGEMENT )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Bureau of Land Management
1849 C Street NW
Rm. 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel Timmons
Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM. 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, June 03, 2019                                 Karen Hernández de Sepúlveda

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-00505-LF-SCY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 3, 2019                                    /s/ Daniel L. Timmons
                                                     *Server's signature*

                                              Daniel L. Timmons, Attorney for Plaintiff
                                                     *Printed name and title*

                                                    WildEarth Guardians
                                              301 N. Guadalupe Street, Suite 201
                                                    Santa Fe, NM. 87501
                                                     *Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70120470000159813161

On Time

Expected Delivery on

**THURSDAY**
**6** JUNE 2019 ⓘ
by
**8:00pm** ⓘ

Feedback

✓ **Delivered**

June 6, 2019 at 1:47 pm
Delivered, Left with Individual
WASHINGTON, DC 20240

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| WILDEARTH GUARDIANS <br><br> *Plaintiff(s)* <br> v. <br><br> DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT <br><br> *Defendant(s)* | Civil Action No. 1:19-CV-00505-LF-SCY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel Timmons
Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM. 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, June 03, 2019

Karen Hernández de Sepúlveda
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-00505-LF-SCY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 3, 2019         /s/ Daniel LTimmons,
                            *Server's signature*

                            Daniel L. Timmons, Attorney for Plaintiff
                            *Printed name and title*

                            WildEarth Guardians
                            301 N. Guadalupe Street, Suite 201
                            Santa Fe, NM. 87501
                            *Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  +

Remove X

**Tracking Number:** 70120470000159813147

Your item was delivered at 5:49 am on June 7, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

June 7, 2019 at 5:49 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

Feedback

Text & Email Updates  ∨

Tracking History  ∨

Product Information  ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

WILDEARTH GUARDIANS

*Plaintiff(s)*

v.   Civil Action No. 1:19-CV-00505-LF-SCY

DAVID BERNHARDT, in his official capacity as U.S. Secretary of the Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney
District of New Mexico
P.O. Box 607
Albuquerque, New Mexico 87103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Timmons
Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM. 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, June 03, 2019

Karen Hernández de Sepúlveda

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-00505-LF-SCY

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 3, 2019

/s/ Daniel L. Timmons
*Server's signature*

Daniel L. Timmons, Attorney for Plaintiff
*Printed name and title*

WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM. 87501
*Server's address*

Additional information regarding attempted service, etc:



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

Remove X

**Tracking Number:** 70120470000159813154

Expected Delivery on

**TUESDAY**
**4** JUNE 2019 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

June 4, 2019 at 7:44 am
Delivered, PO Box
ALBUQUERQUE, NM 87103

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.