IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS,

    Plaintiff,

v.                                                      Civil No. CIV 19-505 LF/SCY

DAVID BERNHARDT, In His
Official Capacity as U.S. Secretary of the
Interior, and UNITED STATE BUREAU OF
LAND MANAGEMENT,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Cassandra Casaus Currie, Assistant United States Attorney for the District of New Mexico, hereby enters appearance on behalf of the Defendants in the above-captioned cause of action.

                                                  Respectfully submitted,

                                                 JOHN C. ANDERSON
                                                 United States Attorney

                                                 /*s/ Cassandra Casaus Currie 7/29/19*
                                                 CASSANDRA CASAUS CURRIE
                                                 Assistant United States Attorney
                                                 P.O. Box 607
                                                 Albuquerque, New Mexico 87103
                                                 (505)346-7274; Fax: (505)346-7205
                                                 cassandra.currie@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2019, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

      */s/ Cassandra Casaus Currie 7/29/19*
      CASSANDRA CASAUS CURRIE
      Assistant United States Attorney