IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS,

Plaintiff,

v.

DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT,

Defendants.

No. 1:19-cv-00505-SCY

**CORPORATE DISCLOSURE STATEMENT OF
THE AMERICAN PETROLEUM INSTITUTE**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for the American Petroleum Institute ("API"), certifies that to the best of my knowledge and belief, API is a not for profit corporation, has no parent corporation, and no corporations hold any stock in API. These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

MALDEGEN, TEMPLEMAN & INDALL LLP

Jon J. Indall
1925 Aspen Drive, 200A
Santa Fe, NM 87505
Phone: 505-216-3075
jindall@cmtisantafe.com

Steven J. Rosenbaum
 (*pro hac vice* forthcoming)
Bradley K. Ervin
 (*pro hac vice* forthcoming)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com
bervin@cov.com

*Attorneys for Applicant for Intervention*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2019 a true and correct copy of the foregoing Corporate Disclosure Statement of American Petroleum Institute was served on all counsel of record via the Court's ECF System.

/s/ Jon J. Indall
Jon J. Indall