IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILDEARTH GUARDIANS,

                Plaintiff,

v.

DAVID BERNHARDT, in his official
capacity as Secretary of the Interior; and
UNITED STATES BUREAU OF LAND
MANAGEMENT,

                Defendants.

No. 1:19-cv-00505-SCY

## NOTICE OF ENTRY OF APPEARANCE

Jon J. Indall, of Maldegen, Templeman & Indall, LLP, hereby enters appearance on behalf

of Intervenor American Petroleum Institute in the above-captioned cause of action.

Respectfully submitted,

MALDEGEN, TEMPLEMAN & INDALL LLP

Jon J. Indall
1925 Aspen Drive, 200A
Santa Fe, NM 87505
Phone: 505-216-3075
jindall@cmtisantafe.com

August 2, 2019

Steven J. Rosenbaum
  (*pro hac vice* forthcoming)
Bradley K. Ervin
  (*pro hac vice* forthcoming)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001

1

Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com
bervin@cov.com

*Attorneys for Applicant for Intervention*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2019, I caused a true and correct copy of

the foregoing Motion for Leave to Intervene and all accompanying attachments, to be filed with

the Court electronically and served by the Court's CM/ECF System upon the following:

Daniel L. Timmons
Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadeloupe St., Suite 201
Santa Fe, New Mexico 87501
Tel.: (505) 570-7014
dtimmons@wildearthguardians.org
sruscavagebarz@wildearthguardians.org

*Counsel for Plaintiff*

Caitlin M. Cipicchio
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, D.C. 20002
Phone: (202) 305-0503
caitlin.cipicchio@usdoj.gov

Clare Boronow
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1362
clare.boronow@usdoj.gov

*Counsel for Federal Defendants*

Jon J. Indall