IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No. 1:19-cv-00505-SCY |

## NOTICE OF LOCAL RULE 83.3 CERTIFICATION

Please take notice that pursuant to D.N.M.LR-Civ. 83.3 the undersigned is a member in good standing of the Bar of this Court and hereby certifies that Steven J. Rosenbaum and Bradley K. Ervin, Covington & Burling, LLP, are members in good standing of the Bar of the District of Columbia and will associate with Maldegen, Templeman & Indall, LLP, will accept service, and will participate in this action as required by the Court.

DATED this 29th day of August, 2019.

MALDEGEN, TEMPLEMAN & INDALL LLP

　　　*/s/ Jon J. Indall*
Jon J. Indall
1925 Aspen Drive, 200A
Santa Fe, NM 87505
Phone: 505-216-3075
jindall@cmtisantafe.com

>Steven J. Rosenbaum
>  (*pro hac vice* forthcoming)
>Bradley K. Ervin
>  (*pro hac vice* forthcoming)
>COVINGTON & BURLING, LLP
>One CityCenter
>850 Tenth St., N.W.
>Washington, D.C. 20001
>Phone:  (202) 662-6000
>Fax:  (202) 662-6291
>srosenbaum@cov.com
>bervin@cov.com
>
>*Attorneys for Applicant for Intervention*
>*American Petroleum Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2019, I caused a true and correct copy of the foregoing to be filed with the Court electronically and served by the Court's CM/ECF System upon all counsel of record:

>  /s/ Jon J. Indall
>Jon J. Indall