UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>AMERICAN PETROLEUM INSTITUTE,<br>and WESTERN ENERGY ALLIANCE,<br><br>*Defendant-Intervenors*. | Case No. 1:19-cv-505-RB-SCY |

**PLAINTIFF'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B)(ii), Plaintiff WildEarth Guardians hereby provides notice of its appeal to the United States Court of Appeals for the Tenth Circuit of this Court's August 18, 2020 Memorandum Opinion and Order, ECF Doc. No. 43, in this matter.

Respectfully submitted this 16th day of October, 2020.

/s/ *Daniel L. Timmons*
Daniel L. Timmons
WILDEARTH GUARDIANS
301 N. Guadalupe Street, Suite 201
Santa Fe, NM  87501
Tel: (505) 570-7014
dtimmons@wildearthguardians.org

1

/s/ *Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz
WILDEARTH GUARDIANS
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
Tel: (505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorneys for Plaintiff WildEarth Guardians*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on October 16, 2020, I electronically filed the foregoing PLAINTIFF'S NOTICE OF APPEAL with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to other participants in this case.

/s/ *Daniel L. Timmons*
DANIEL L. TIMMONS
WILDEARTH GUARDIANS
Counsel for Plaintiff WildEarth Guardians

3